THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
E-MAIL   t_stew_3@yahoo.com
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  CV 14-1464 JSC |
| Plaintiff, | CERTIFICATION THAT CONSIDERATION FOR THE SETTLEMENT HAS NOT |
| v. | BEEN MADE, AND REQUEST TO VACATE THE COURT'S ORDER OF DISMISSAL |
| FORTUNA DEL TIEMPO, LLC, | |
| Defendant. _____/ | |

  This case has settled orally.  But signatures have not been exchanged.  In this ADA case, the parties will be agreeing to modify the Restaurant at issue and pay money over time, beginning with the first installment payment due on January 1, 2015.  Some of the injunctive relief will not be due until 2 years from the date the Settlement Agreement is effective.

  Once the Settlement Agreement is signed, the Plaintiff will file a Stipulation of Dismissal; Order in which the Court is asked to retain jurisdiction for 3 years.

  Therefore, the Court's Dismissal of this action should not have been filed, and must be vacated.

CV 14-1464 JSC       1

The Court's order dismissing the case states that a request to vacate the Order of Dismissal must be served on opposing counsel with a proof of service.  This doesn't make sense, because all documents that are electronically filed are e-mailed to all counsel.

I declare under penalty of perjury that the foregoing is correct and that this Certification was executed on October 17, 2014.

<pre>                                S/Thomas N. Stewart, III
                                Attorney for Plaintiff</pre>

Dated: Ocotber 28, 2014

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA